UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOAN DOE                                                                                                    PLAINTIFF

v.                                            No. 5:21-CV-05231

UNIVERSITY OF ARKANSAS – FAYETTEVILLE                                       DEFENDANT

## ORDER

Plaintiff filed a pro se complaint (Doc. 1) and a motion (Doc. 2) to proceed using a pseudonym and for a protective order on December 23, 2021. The filed complaint includes Plaintiff's identification, and access to the complaint was restricted on verbal direction of chambers pending resolution of the motion. The Court enters this order so that the record properly reflects that decision. Defendant has not yet appeared and the Court intends to allow Defendant an opportunity to respond to Plaintiff's motion before entering a ruling. In order to avoid mooting Plaintiff's request for relief in the interim, the Court will identify her as Joan Doe pending a ruling, and the Clerk will maintain the access restriction to Plaintiff's complaint and motion. Additionally, until the Court has ruled on the motion, Plaintiff may sign any filings as "Joan Doe" and such filings will meet the signature requirement of Federal Rule of Civil Procedure 11(a) and this Court's Administrative Policies and Procedures Manual for Civil and Criminal Filings.

IT IS SO ORDERED this 27th day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE