IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOAN DOE**                                                                                                    **PLAINTIFF**

v.                                          No. 5:21-cv-05231-PKH

**UNIVERSITY OF ARKANSAS - FAYETTEVILLE**                                     **DEFENDANT**

**DEFENDANT'S MOTION TO DISMISS**

For its Motion to Dismiss, the Defendant states:

1. The Plaintiff's complaint should be dismissed because "The University of Arkansas - Fayetteville[,]" lacks capacity to be sued.

2. The Plaintiff's complaint should be dismissed for insufficient service of process.

3. Sovereign immunity bars the Plaintiff's state-law claims.

4. Count II fails to state a claim because there is no private right of action under the Family Educational Rights and Privacy Act of 1974, 20 U.S.C. § 1232g.

5. The Plaintiff fails to state a claim for violation of the federal Administrative Procedure Act, 5 U.S.C. §§ 551 *et. seq*.

6. The Plaintiff fails to state a claim for violation of the Arkansas Administrative Procedure Act, Ark. Code Ann. § 25-15-201 *et seq*.

7. The Declaration of Kim Harriman is attached to and incorporated into this motion.

8. A brief is being filed in support of this motion.

WHEREFORE, the Defendant requests that the Plaintiff's complaint be dismissed because the "University of Arkansas – Fayetteville" lacks the capacity to be sued and because there is insufficient service of process, that the Plaintiff's state-law claims be dismissed because they are barred by sovereign immunity, and that the Plaintiff's FERPA, federal APA claims, and

1

state APA claims be dismissed because they fail to state a claim upon which relief can be granted.

                                                  Respectfully submitted,

                                                  University of Arkansas Office
                                                  of the General Counsel

By:    <u>/s/ C. Joseph Cordi, Jr.</u>
           Arkansas Bar No. 91225
           Associate General Counsel
           University of Arkansas
           416 Administration Building
           Fayetteville, AR 72701
           Telephone: (479) 575-5401
           Facsimile: (479) 575-5046
           joecordi@uark.edu

           Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I, C. Joseph Cordi, Jr., Associate General Counsel for the University of Arkansas, do hereby certify that on this 14th day of January, 2022, I mailed the foregoing document by United States Postal Service, postage prepaid, to the Plaintiff at the following address:

7 N Waterloo Rd #254
Devon, PA 19333

                                                           /s/ C. Joseph Cordi, Jr.