## Certificate of Service

**CERTIFICATE OF SERVICE**

**I, J. DOE, state that I have, on this 25th day of January , 2022, emailed a true and correct copy of Plaintiff's Motion for Waiver of Service and redacted exhibits to the following.**

**Though I proceed as a pro se litigant, under Sect. 7 of Administrative Order 21, I understand registered users of the electronic system may receive service of documents electronically.**

**(Name and addresses of persons served):**

**Joe Cordi, joecordi@uark.edu**

Respectfully submitted this 25th day of January, 2022.



_____

Certificate of Service

**CERTIFICATE OF SERVICE**

I, J. DOE, state that I have, on this 25th day of January , 2022, emailed a true and correct copy of Plaintiff's Motion for Reconsideration of the Motion for a TRO and a Preliminary Injunction and redacted exhibits to the following.

Though I proceed as a pro se litigant, under Sect. 7 of Administrative Order 21, I understand registered users of the electronic system may receive service of documents electronically.

(Name and addresses of persons served):

Joe Cordi, joecordi@uark.edu

Respectfully submitted this 25th day of January, 2022.


_____

**CERTIFICATE OF SERVICE**

**I, J. DOE, state that I have, on this 25th day of January , 2022, emailed a true and correct copy of Plaintiff's Motion for reconsideration and for leave to amend defendant's name and accompanying exhibits.**

**Though I proceed as a pro se litigant, under Sect. 7 of Administrative Order 21, I understand registered users of the electronic system may receive service of documents electronically.**

**(Name and addresses of persons served):**

**Joe Cordi, joecordi@uark.edu**

Respectfully submitted this 25th day of January, 2022.



_____