IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

Joan DOE
Plaintiff                                    )
                                             )
v.                                           )
                                             )
                                             )
UNIVERSITY OF ARKANSAS,                      )
Fayetteville, et. al.
Defendant                          Civil Case No. 5:21-cv-0521-PKH


PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON PLAINTIFF'S
MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF AND TRO

Plaintiff respectfully motions for entry of default judgment on Plaintiff's motions for preliminary injunctive relief and TRO.

This Court's Local Rule 7.2 allows 14 days for any nonmoving party to oppose a motion. Plaintiff filed the motions on Jan. 14.  Defendant filed notice of appearance on the same day and was granted access to the motion then.  The motion does not require service pursuant to Federal Rule of Civil Procedure 5(a)(d) a motion that may be heard ex parte does not require service. Nonetheless, Defendant had notice via the electronic access system.

Defendant's 14 days to respond expired on Friday, Jan. 28, 2022.  Plaintiff waited for this Court's response due mostly to Plaintiff's own inexperience.

Since it is the third week of the semester and Plaintiff cannot afford to wait longer if there is to be a chance to salvage the semester.  And since per the Local Rules, time to respond to the motion is expired, Plaintiff respectfully moves for default judgment.

 Respectfully submitted this 31st day of January, 2022.




1

J. Doe, Plaintiff pro se


Post Office Box 254
Devon, Pennsylvania 19333
(479) 372-2892
Sunshinecharlie13@yahoo.com