UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOAN DOE                                                                                               PLAINTIFF

v.                                          No. 5:21-CV-05231

UNIVERSITY OF ARKANSAS – FAYETTEVILLE                                      DEFENDANT

## OPINION AND ORDER

Before the Court is Plaintiff's motion (Doc. 24) for leave to file an amended complaint.[1] Plaintiff, a pro se litigant, filed her original complaint on December 23, 2021. On January 14, 2022, Defendant filed a motion (Doc. 11) to dismiss Plaintiff's complaint. Pursuant to Rule 15 (a)(1)(B), Plaintiff had until February 4, 2022 to file an amended complaint as a matter of course. Because Plaintiff is a pro se litigant and files documents conventionally through the Clerk's office, Plaintiff's deadline to file an amended complaint was 5:00 p.m. on February 4, when the Clerk's office was "scheduled to close." Fed. R. Civ. P. 6(a)(4)(B).

The Court confirmed with the Clerk's office that Plaintiff emailed her amended complaint to the Clerk's office email address at 11:48 p.m. on February 4, 2022. Because Plaintiff's amended complaint was not filed by 5:00 p.m., Plaintiff can no longer amend her complaint as a matter of right. Instead, Plaintiff may only file the amended complaint with "opposing party's consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The docket does not reflect either has been given here, and therefore Plaintiff's amended complaint (Doc. 23) has no legal effect.

In order to maintain a clear record, the Court will not direct the Clerk to strike the amended complaint from the docket. As stated above, the amended complaint has no legal effect, and no

---

[1] The motion is docketed as a motion for extension of time to amend complaint, however, the header of the motion additionally requests leave to file an amended complaint. The motion will thus be construed as a motion for leave.

Defendant or putative Defendant is obligated to respond to it.  The Clerk is directed to amend the beginning of the docket text for Document 23 to reflect that the document is "filed without legal effect."

Plaintiff has however requested leave of Court to file an amended complaint, which she has attached as an exhibit to the motion (Doc. 24-1).  Because Federal Rule of Civil Procedure 15(a)(2) states "the court should freely give leave when justice so requires," the Court will grant the motion and allow Plaintiff to file an amended complaint.

IT IS THEREFORE ORDERED Plaintiff's motion for leave to file an amended complaint is GRANTED.  Plaintiff is directed to immediately file the amended complaint attached as an exhibit to her motion.

IT IS SO ORDERED this 7th day of February, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE