UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOAN DOE                                                                                                    PLAINTIFF

v.                                         No. 5:21-CV-05231

UNIVERSITY OF ARKANSAS – FAYETTEVILLE                                                DEFENDANT

Plaintiff filed an amended complaint (Doc. 26) with leave of Court. "It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect." *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000) (citing *Washer v. Bullitt County*, 110 U.S. 558, 562 (1884)). Because Plaintiff has filed an amended complaint, Defendant's motion (Doc. 11) to dismiss is rendered moot. Additionally, because determination of Plaintiff's motion (Doc. 8) for preliminary injunction, amended motion (Doc. 13) for temporary restraining order and preliminary injunction, and motion (Doc. 22) for entry of default judgment rely on a determination of the likelihood of success on the merits of Plaintiff's claims in the superseded original complaint, *see, e.g.*, *Home Instead, Inc. v. Florance*, 721 F.3d 494, 497 (8th Cir. 2013), the motions will be terminated as moot, without prejudice to their refiling.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 11) to dismiss is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's motions (Docs. 8, 13, and 22) are TERMINATED AS MOOT.

IT IS SO ORDERED this 8th day of February, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE