UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOAN DOE                                                                    PLAINTIFF

v.                                       No. 5:21-CV-05231

UNIVERSITY OF ARKANSAS –
FAYETTEVILLE et. al                                                     DEFENDANTS

**JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that all claims against Defendant University of Arkansas – Fayetteville are

DISMISSED WITH PREJUDICE.  All other claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 28th day of March, 2022.

/s/ P. K. Holmes, III

P.K. HOLMES, III
U.S. DISTRICT JUDGE